DETROIT, TOLEDO & IRONTON R. R. CO. v. Clifford MORRIS, Stephen W. Hayward, Caroline Hayward, Ralph B. Hayward, and Abbie Hayward.

No. 6304.

Circuit Court of Appeals, Sixth Circuit.

Oct. 4, 1932.

Longley, Bogle & Middleton, of Detroit, Mich., for appellant.

Chandler & Culver, of Hudson, Mich., for appellees.

PER CURIAM.

Docketed and dismissed pursuant to stipulation of counsel.